**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Non-Judicial Civil Forfeiture Proceeding involving U.S. Postal Inspection Service seizure of:<br><br>$9,600 in U.S. Currency seized from Express Parcel # EQ594072546US at 1342 E. Chambers St., Phoenix AZ 85040 in USPS case #06-USP-000911. | MC07-0006-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the United States' Motion to Dismiss the instant Miscellaneous Action without prejudice, which is unopposed by Claimant Gregory L. Saucer. (Dkt. 3.)  There being no objection by Claimant, and for good cause shown,

**IT IS HEREBY ORDERED GRANTING** the United States' Motion to Dismiss the instant Miscellaneous Action without prejudice.  (Dkt. 3.)

**IT IS FURTHER ORDERED** that this miscellaneous case shall be dismissed without prejudice.

DATED this 14th day of March, 2007.

Stephen M. McNamee
United States District Judge